IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Young,<br><br>Plaintiff,<br>vs.<br><br>University of Phoenix Incorporated,<br><br>Defendant. | No. CV-26-02267-PHX-SPL<br><br>**ORDER** |

Having reviewed the Notice of Voluntary Dismissal (Doc. 7),

**IT IS ORDERED** that this matter is **dismissed without prejudice** in its entirety.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action accordingly.

Dated this 14th day of April, 2026.

Honorable Steven P. Logan
United States District Judge